IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VIRGIL MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 20-406-CG-B |
| | ) |
| WISE CONSTRUCTION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made[1], the Report and Recommendation of the Magistrate Judge (Doc. 23) made under 28 U.S.C. § 636(b)(1)(B) and S.D.Ala.GenLR 72(a)(2)(S), and dated April 21, 2021, is adopted as the opinion of this Court.

**DONE** and **ORDERED** this the 1st day of June, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed an objection to the Report and Recommendation (Doc. 24)and also filed a "motion to consider" (Doc. 26), which the Court construes as an additional objection. Both objections contain additional statements of "facts" which are not contained in the second amended complaint. The Court has fully considered these additional "facts" as well as the entirety of both objections and finds that they do not rise to the level of stating claims in the second amended complaint that are plausible on its face.