IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VIRGIL MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 20-406-CG-B |
| | ) |
| WISE CONSTRUCTION, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED,** that Wise Construction's motion to dismiss (Doc. 13) is **GRANTED**, and that Plaintiff's second amended complaint (Doc. 9) is **DISMISSED** without further leave to amend.

**DONE** and **ORDERED** this the 1st day of June, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE